UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOWAKI KOMATSU<br><br>                    Plaintiff,<br><br>         -against-<br><br>THE CITY OF NEW YORK, ET AL,<br><br>                    Defendants. | 22-CV-424 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the January 3, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 3, 2023
         New York, New York

                                                          /s/ Laura Taylor Swain
                                                         LAURA TAYLOR SWAIN
                                                     Chief United States District Judge